**CRIMINAL**
~~CIVIL~~ **MINUTE SHEET**

CASE NUMBER: 1:07-CR-60-3   DATE: Tuesday, March 1, 2011
TITLE: USA v. Paul H. Volkman
RE: Jury Trial
(8:42 - 4:54)

1ST DAY

Honorable Sandra S. Beckwith
Courtroom Deputy: Mary Brown
Law Clerk: Laurie Nicholson
Court Reporter: Mary Ann Ranz (Official)

Attorney for ~~Plaintiff(s)~~ Gov't:
Timothy Oakley
Adam Wright
Christopher Kresnak (DEA)

Attorney for Defendant(s)
Wende Cross
Candace Crouse
Dr. Paul Volkman - Deft.

## WITNESSES

## PROCEEDINGS

Judge explains process of completing the jury supplemental questionnaire - no objection. Gov't's motion to dismiss counts 17 & 22 (Doc. 245) - no objection - Granted; Doc. 246 - submitted; Doc. 247 - denied subject to renewal; Doc. 248 - granted; Doc. 252 - waived if not resolved.
Jury panel sworn by clerk & instructed to complete supplemental questionnaire (Judge addressed panel) Copies of Supp. Questionnaire distributed to counsel. Spectator 1:04 - Jury voir dire begins. Philip Eil, Grad Student, present writing a thesis spoke with one juror. Juror questioned - only talked about being a news reporter. Jury excused for the day @ 4:30 PM. Six jurors dismissed for cause. Remaining jurors to return 3/2/11.