# CRIMINAL MINUTE SHEET

**CASE NUMBER:** 1-07-cr-60-3  **DATE:** Tuesday, March 15, 2011
**TITLE:** USA v Paul H. Volkman
**RE:** Jury Trial
(9:08-12:02; 1:35-4:34)

**Honorable Sandra S. Beckwith**   9th Day
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Laurie Nicholson
**Court Reporter:** Jodie Perkins (A.M.) & Luke Lavin (P.M.)

| Attorney for Government | Attorney for Defendant(s) |
|---|---|
| Timothy Oakley & Adam Wright | Wende Cross & Candace Crouse |
| Christopher Kresnak (DEA) | Paul Volkman (Defendant) |

## WITNESSES

20) Dr. Michael Policastro (9:08-11:39)
21) Robert Howard (11:41-12:01)
~~Dr. Christian Rolf (1:36~~
22) Dr. Christin Rolf (1:36-2:08)
23) Lisa Wallace (2:11-3:39)
24) Nicole Bowie (3:41-4:02)
25) Barry Houser (4:05-4:32)

## PROCEEDINGS

Cross of Dr. Policastro continues. Govt. calls witnesses Howard, ~~Christian~~ Rolf, Wallace (in custody), Bowie, & Houser.

Trial contd. to 3/16 @ 9:00 A.M.