# CRIMINAL MINUTE SHEET

CASE NUMBER: 1-07-cr-60-3  DATE: WED., MARCH 16, 2011
TITLE: USA v Paul H. Volkman
RE: Jury Trial
(8:40-8:46; 9:06-12:00; 1:35-4:32)

10th DAY

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Laurie Nicholson
**Court Reporter:** M.A. RANZ (A.M.) & M.A. MAFIA (P.M.)

**Attorney for Government**
Timothy Oakley & Adam Wright
Christopher Kresnak (DEA)

**Attorney for Defendant(s)**
Wende Cross & Candace Crouse
Paul Volkman (Defendant)

**WITNESSES** GOVT. WITNESSES CONT'D:
25) BARRY HOUSER (9:06-9:59)
26) RICKY GRIFFITH (10:01-11:22)
27) KIMBERLY FYFFE (11:24-11:41)
28) KEVIN GAHM (11:42-12:00) (1:35-1:52)
29) SCOTT WILKES (1:55-2:46)
30) PAT HUTCHENS (3:11-3:29)
Dr. 31) GEORGE PETTIT (3:31-3:50)
32) JOHN WALKER (3:52-4:12)
33) DARRYL PACK (4:14-4:30)

**PROCEEDINGS**
(8:40-8:46)
PRELIM. MATTER: Δ STATES Giglio VIOLATION RE: GOVT. SPEAKING WITH THE PAROLE BOARD RE: LISA WALLACE - GOVT. CAUTIONED BY THE COURT (GOVT. FORGOT TO REVEAL THIS TO Δ)
DIRECT OF HOUSER CONTINUES. GOVT. CALLS WITNESS GRIFFITH, FYFFE, GAHM, WILKES, HUTCHENS, PETTIT, WALKER & PACK

TRIAL CONT'D. TO 3/21/11