UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff

v.                         Case No.  1:07-cr-60-3

Paul H. Volkman,
    Defendant

# ORDER

The Clerk's Office is **ORDERED** to provide lunch for the jury in the above captioned case, and are to incur such costs until a verdict is returned.

Date: April 21, 2011           s/Sandra S. Beckwith
                                    Sandra S. Beckwith, Senior Judge
                                    United States District Court