# CRIMINAL MINUTE SHEET

CASE NUMBER: 1-07-cr-60-3   DATE: Monday, May 9, 2011
TITLE: USA v Paul H. Volkman
RE: Jury Trial (9:00 - 5:18)

35th Day

**Honorable Sandra S. Beckwith**
**Courtroom Deputy:** Mary Brown
**Law Clerk:** Laurie Nicholson
**Court Reporter:** M.A. Ranz (official)

| Attorney for Government | Attorney for Defendant(s) |
|---|---|
| Timothy Oakley & Adam Wright | Wende Cross & Candace Crouse |
| Christopher Kresnak (DEA) | Paul Volkman (Defendant) |

## WITNESSES

## PROCEEDINGS

Jury continues deliberations. Jury question @ 2:15 PM. (4:59 PM) Jury returns with verdicts as follows: Guilty on Counts: 1, 2, 3, 5, 6, 7, 8, 9, 9A=No, 10, 10A=Yes, 11, 11A=Yes, 14, 16, 17, 18, 18A=Yes, 19, 20, 20A=Yes, 21, 21A=No, 22. Not Guilty on Counts 4 & 12. No Counts 13 & 15 & therefore No Verdict Forms. Jury polled by Defendant. Jury thanked & dismissed. ∆ Remanded into custody of U.S. Marshal. Bench Trial on Forfeiture to be scheduled.