# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 21, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals
 for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, Ohio  45202

**FILED**
*Nov 21, 2014*
DEBORAH S. HUNT, Clerk

   Re:   Paul H. Volkman
         v.   United States
         No.  13-8827    (Your docket No. 12-3212)

Dear Clerk:

   Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion cited in the judgment by visiting our website @www.supremecourt.gov.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By  *Elizabeth Brown*

                                        Elizabeth Brown
                                        Judgments/Mandates Clerk

Enc.
cc:    Edwin A. Perry, Esq.
       Solicitor General

# Supreme Court of the United States

*No.*   13-8827

**PAUL H. VOLKMAN,**

Petitioner

v.

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motion of petitioner for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Burrage* v. *United States*, 571 U. S. ___ (2014).

October 20, 2014



A True copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: [signature] Cynthia Rapp