# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 8, 2015

**FILED**
Sep 11, 2015
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Paul H. Volkman
v. United States
No. 15-5966
(Your No. 12-3212)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 2, 2015 and placed on the docket September 8, 2015 as No. 15-5966.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst