# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

United States of America,
    Plaintiff
      v.                                  Case No. 1:07-cr-60-3

Paul H. Volkman,
    Defendant

## JUDGMENT

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's motion to extend time to file a motion to vacate, set aside or correct sentence is DENIED. Defendant is denied leave to appeal IFP. Any further motions along these same lines will be summarily denied.

Date: June 14, 2016                     Richard W. Nagel, Clerk

                                            By: s/Mary C. Brown
                                            Mary C. Brown, Deputy Clerk