UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

PAUL H. VOLKMAN,

    Petitioner,

v.      Case No.

UNITED STATES OF AMERICA,

    Respondent.

MOTION TO DISQUALIFY EACH AND EVERY FEDERAL OFFICER
IMPLICATED IN THE ARBITRARY AND FRAUDULENT EXERCISE
OF CIVIL-LAW JUDICIAL POWER DERIVED FROM CONGRESS
AND THE PRETEXT OF TITLE 28 U.S.C. §§ 132(c)'s
"rule or order of court" CLAUSE,
AND FOR
ASSIGNMENT OR APPOINTMENT OF AN INDEPENDENT "judge,"
PURSUANT TO U.S. CONST., ART III, §§ 1 AND 2, AND
THE FIFTH AMENDMENT GUARANTEE TO "due process of law,"
AND FOR
APPOINTMENT OF INDEPENDENT COUNSEL TO REPRESENT
THE UNITED STATES OF AMERICA
BY THE SUPREME LAW OF THE LAND

    Comes Now the Petitioner/Movant herein, Paul H. Volkman, M.D., Ph.D., in <u>propria persona</u>, pursuant to the "inherent" power of this Court, and for his cause respectfully, states:

    1. Pending before this Court is the Movant's <u>Petition to Vacate Void Proceedings and for Equitable Relief</u>, "Petition" hereinafter.

    2. The Movant hereby adopts and incorporates his pending Petition herein as if set forth word for word verbatim.

    3. Upon the facts, law and grounds set forth in his said Petition, the Movant further asserts that this Court is vested with inherent power to disqualify each and every Federal officer shown to be implicated in the arbitrary and fraudulent extension and exercise of civil-law "judicial power" from Congress, without authority, pursuant to Title 28 U.S.C. § 132(c)'s "rule or order

court" clause, the Federal Rules of Criminal Procedure, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and other arbitrary and fraudulent acts of Congress, by and through which, Federal officers and their accomplices are now shown to have in progressive degrees since 1898 perpetrated a complex fraud against the administration of justice and thereby obstructed the exercise of the organic "judicial Power" of the American people at large and mandated by U.S. Const., Art III, §§ 1 and 2, and guaranteed by the 5th Amendment "due process of law" clause, and are continuing to do so, at each and every step of the proceedings against the Movant in the post-1948 Federal Court system, and generally against others similarly situated, without authority. See <u>Petition</u>, ¶¶ 1 to 103, Grounds I to X.

4. Upon the facts, law and grounds set forth in the said Petition, each and every Federal officer (judicial and executive), and in particular Sandra S. Beckwith, Christopher K. Barnes, Timothy D. Oakley, and others similarly situated, shown to be implicated in the arbitrary, fraudulent and extraconstitutional extension of civil-law "judicial power" from Congress, pursuant to 28 U.S.C. § 132(c)'s "rule or order of court" clause and the Federal Rules of procedure and evidence prescribed to implement such power, as described and referred to in ¶¶ 7 to 103 and Grounds I to X of the accompanying Petition, trigger the 5th Amendment guarantee to "due process of law" as a barrier against each and every Federal officer and accomplice so implicated from participation in the instant proceedings. See Petition, ¶¶ 85 to 103, citing caselaw, incorporated herein as if set forth word for word verbatim.

5. This Court is vested with "inherent" power "to fashion an appropriate santion for conduct [that] abuses the judicial process," Chambers v. NASCO, Inc., 501 U.S. 32, 44-45 (1991), "so as to achieve the orderly and expeditious disposition of cases." Id., at 43; followed Murray v. City of Columbus, 534 Fed. Appx. 479, 484 (6th Cir. 2013); see also caselaw cited, Petition, ¶¶ 1 to 3.

Wherefore, premises considered, the Movant prays for this Court to Order that each and every Federal officer (judicial and executive), shown to be implicated in the unlawful and criminal conduct in question, be disqualified and barred from any and all further participation in the above entitled and referenced matters, in connection with the proceedings of United States v. Paul H. Volkman, No. 1:07-cr-60-3 (S.D. Ohio 2007), and further Order that an independent "judge," pursuant to U.S. Const., Art III, §§ 1 and 2, and the 5th Amendment guarantee to "due process of law," be duly assigned or appointed for a full and fair adjudication of the movant's rights and jurisdictional limitations of this Court in the said proceedings, and further Order that independent counsel be duly assigned or appointed to represent the Respondent, and further Order that a full and fair hearing be held for adjudication of the matter, as law and justice so require.

Executed on this 9th day of June, ~~2005~~. 2016

Respectfully Submitted,

*Paul H Volkman MD*
Paul H. Volkman, M.D., Ph.D.,
in propria persona, (#19519-424)
U.S. Penitentiary
~~P.O. Box 33~~
~~Terre Haute, IN 47808~~
Coleman 1, Box 1033
Coleman, FL, 33521

3

## VERIFICATION

I, Paul H. Volkman, M.D., Ph.D., the above named petitioner and movant, being duly sworn, on my oath, hereby declares under the pains and penalty of perjury that the information set forth herein and in the accompanying Petition to Vacate Void Proceedings and For Equitable Relief, is true and correct to the best of my knowledge.

Executed on this 9th day of June, 2016.

Signed,

*Paul H. Volkman, MD*
Paul H. Volkman, M.D., Ph.D.

4