# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 1:07-cr-060** |
| v. | **Senior Judge Beckwith** |
| **PAUL H. VOLKMAN** | **MOTION TO REQUEST SEALED TRANSCRIPT** |

Now comes the United States of America by and through counsel and moves this Court to allow counsel to have access to the Jury Voir Dire transcript under seal. Defendant has filed a 28 U.S.C. § 2255 and the transcript is necessary in order to respond to his motion.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    Acting United States Attorney

    s/*Timothy D. Oakley*
    TIMOTHY D. OAKLEY (0039965)
    Assistant United States Attorney
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    Office: (513) 684-3711
    Fax: (513) 684-6385
    E-mail: Tim.Oakley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 26th day of September, 2016, via U.S. Mail upon Paul H. Volkman, 19519-424, USP Coleman I, PO Box 1038, Coleman, FL 33521.

*s/Timothy D. Oakley*
**TIMOTHY D. OAKLEY (0039965)**
**Assistant United States Attorney**