# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 24, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
Apr 27, 2018
DEBORAH S. HUNT, Clerk

Re: Paul H. Volkman
  v. United States
  No. 17-8614
  (Your No. 17-3022)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 28, 2018 and placed on the docket April 24, 2018 as No. 17-8614.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst